IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARLON DEVONN LAVINE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3453

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General; Angela R. Hensel and Jason W. Rodriguez,
Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, MAKAR and JAY, JJ., CONCUR.